KRUEGER, Judge.

The conviction is for the failure to stop and render aid. The punishment assessed is confinement in the state penitentiary for a term of two years.

The record is before us without a statement of facts or bills of exception. The indictment and all other procedural matters appear to be regular.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

The indictment is in proper form. The record is before us without any statement of facts or bills of exception. In this condition, nothing is presented for review.

The judgment is affirmed.

## UNION BUS LINES v. YOUNG.
### No. 2678.

Court of Civil Appeals of Texas. Waco.
May 9, 1946.

## SOWELL v. STATE.
### No. 23426.

Court of Criminal Appeals of Texas.
May 29, 1946.

James Ingram, of Houston, for appellant.

A. C. Winborn, Cr. Dist. Atty., and E. T. Branch, Asst. Cr. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, the punishment assessed being twelve years in the penitentiary.